BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER     4750
ROBERT M. HATCH               7724
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i  96813
Telephone: (808) 524-5644
Facsimile:  (808) 599-1881
E-mail:   mbronster@bfrhawaii.com
                rhatch@bfrhawaii.com

JAMES M. SMITH (Admitted *pro hac vice*)
Doherty Smith, LLC
9501 W. 144th Place, Suite 101
Orland Park, Illinois 60462
Telephone:  (708) 645-8824
Facsimile:   (312) 319-4084
Email:      JSmith@dohertysmith.com

*Attorneys for Plaintiff*
JENNELYN NUNEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JENNELYN NUNEZ, | CIVIL NO. 1:24-cv-00187-HG-KJM |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION, | Trial Date:  None |
| Defendants. | |

1

2

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff JENNELYN NUNEZ ("Plaintiff") and Defendant VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION ("Valley Isle") ONLY have reached a settlement in principle. Valley Isle has not appeared in this Action. Plaintiff anticipates voluntarily dismissing Valley Isle with Prejudice within 45-days. Plaintiff has settled her claims with every defendant other than Experian Information Solutions, Inc.

Dated: June 20, 2024              */s/ James M. Smith*
                                  JAMES M. SMITH

                                  *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JENNELYN NUNEZ, | ) | CIVIL NO. 1:24-cv-00187-HG-KJM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION, | ) ) ) ) ) | Trial Date:  None |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following persons by the method of service indicated below:

**Served Electronically through CM/ECF:**

DATED:  Palos Heights, Illinois, June 20, 2024.

/s/ *James M. Smith*
JAMES M. SMITH

Attorney for Plaintiff

3