# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 24-00187 HG-KJM |
| CASE NAME: | Jennelyn Nunez; v. Experian Information Solutions, Inc.; Trans Union LLC; Valley Isle Community Federal Credit Union |
| ATTYS FOR PLA: | James M. Smith<br>Margery S. Bronster<br>Robert M. Hatch |
| ATTYS FOR DEFT EXPERIAN INFORMATION SOLUTIONS, INC.: | Deborah K. Wright<br>Douglas R. Wright |
| ATTYS FOR DEFT TRANS UNION LLC: | James Shin<br>Kyleigh N. Beeker |

JUDGE: Helen Gillmor

DATE: July 2, 2024

---

On July 1, 2024, Plaintiff submitted:

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC. (ECF No. 36).

The Stipulation is **APPROVED** as to form.

Claims against Defendant Trans Union LLC are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Submitted by: Theresa Lam, Courtroom Manager