BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER     4750
ROBERT M. HATCH         7724
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i  96813
Telephone: (808) 524-5644
Facsimile:  (808) 599-1881
E-mail:   mbronster@bfrhawaii.com
          rhatch@bfrhawaii.com

JAMES M. SMITH (Admitted *pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Telephone:  (312) 319-2879
Facsimile:  (312) 319-4084
Email:    JSmith@dohertysmith.com

*Attorneys for Plaintiff*
JENNELYN NUNEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAI'I**

| | |
|---|---|
| JENNELYN NUNEZ, | ) CIVIL NO. 1:24-cv-00187-HG-KJM |
| Plaintiff, | ) |
| | ) NOTICE OF SETTLEMENT |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION, | ) |
| | ) |
| | ) Trial Date:  September 30, 2025 |
| Defendants. | ) |

2

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff JENNELYN NUNEZ ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") have reached a settlement. The parties anticipate filing a Stipulation for Dismissal with Prejudice as to Defendant Experian pursuant to a Fed. R. Civ. P. 41 (a) within 45-days.

Dated: July 23, 2024               */s/ James M. Smith*
                                   JAMES M. SMITH

                                   *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JENNELYN NUNEZ, | ) | CIVIL NO. 1:24-cv-00187-HG-KJM |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION, | ) ) ) ) ) | |
| | ) | Trial Date:  September 30, 2025 |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was duly served upon the following persons by the method of service indicated below:

**Served Electronically through CM/ECF:**

DATED:  Palos Heights, Illinois, July 23, 2024.

/s/ *James M. Smith*
JAMES M. SMITH

Attorney for Plaintiff

3