BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER 4750
ROBERT M. HATCH 7724
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bfrhawaii.com
          rhatch@bfrhawaii.com

JAMES M. SMITH (Admitted *pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Telephone: (886) 825-6727
Facsimile: (312) 319-2879
Email: JSmith@dohertysmith.com

Attorneys for Plaintiff
JENNELYN NUNEZ

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JENNELYN NUNEZ, | ) Case No.: 1:24-cv-0187-HG-KJM |
| | ) |
| Plaintiff, | )    Judge:  Honorable Helen Gillmor |
| | ) Magistrate Judge: Kenneth J. Mansfield |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) Trial Date: September 30, 2025 |
| SOLUTIONS INC., TRANS UNION, LLC, | ) |
| and VALLEY ISLE COMMUNITY | ) **STIPULATION OF DISMISSAL** |
| FEDERAL CREDIT UNION; | ) **WITH PREJUDICE AS TO** |
| | ) **DEFENDANT EXPERIAN** |
| Defendants. | ) **INFORMATION SOLUTIONS, INC.;** |
| | ) **ORDER** |

1

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), JENNELYN NUNEZ ("Plaintiff"), and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., (collectively, the "Parties") by and through undersigned counsel, have reached a settlement in the instant case. The Parties hereby stipulate to the dismissal of all claims in this action, with prejudice against Defendant Experian Information Solutions, Inc. All claims between the Parties shall be dismissed with prejudice with

//

//

//

//

//

//

//

//

//

2

each party to pay their own attorneys' fees and costs.

      VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION is the last remaining Defendant.

      RESPECTFULLY SUBMITTED this 12th day of September 2024.

By: */s/James Smith*
   James M. Smith
   Doherty Smith, LLC
   7000 West 127th Street
   Palos Heights, IL 60463
   Tel: (886) 825-6727
   Fax: (312) 319-4084
   Email: jsmith@dohertysmith.com

   *Attorneys for Plaintiff*

By: /s/*Deborah K. Wright*(with consent)
   /s/*Douglas R. Wright* (with consent)
   Deborah K. Wright  4444
   Douglas R. Wright   9643
   1885 Main Street, Suite 106
   Wailuku, HI 96793
   Tel: (808) 244-644
   Fax: (808) 244-1013
   Email:deborah@wkmaui.com
      doug@wkmaui.com

   *Attorneys for Defendant, Experian Information Solutions, Inc*

DATED:  Honolulu, Hawaii, September 13, 2024.

APPROVED AND SO ORDERED.

Helen Gillmor
United States District Judge

_____
JENNELYN NUNEZ v. EXPERIAN INFORMATION SOLUTIONS INC., et al ;
Civil No.: 1:24-cv-0187-HG-KJM; STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS,
INC.; ORDER