BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER 4750
ROBERT M. HATCH 7724
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bfrhawaii.com
       rhatch@bfrhawaii.com

JAMES M. SMITH (Admitted *pro hac vice*)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Telephone: (886) 825-6727
Facsimile: (312) 319-2879
Email: JSmith@dohertysmith.com

Attorneys for Plaintiff
JENNELYN NUNEZ

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JENNELYN NUNEZ, | ) Case No.: 1:24-cv-0187-HG-KJM |
| | ) |
| Plaintiff, | ) Judge: Honorable Helen Gillmor |
| | ) Magistrate Judge: Kenneth J. Mansfield |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION, LLC, and VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION; | ) Trial Date: September 30, 2025 |
| | ) |
| | ) **RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT VALLEY ISLE** |
| Defendants. | ) **COMMUNITY FEDERAL CREDIT** |
| | ) **UNION** |

1

# RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff JENNELYN NUNEZ ("Plaintiff"), through counsel, pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(i), and in consideration of a negotiated settlement executed between Plaintiff and Defendant VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION ("Defendant Valley Isle") (collectively, the "Parties") files this Notice of Dismissal. Defendant Valley Isle has not filed an appearance in this matter. Plaintiff requests that the dismissal be with prejudice as to Defendant Valley Isle, with each party to pay their own attorneys'

//

//

//

//

//

//

//

//

fees and costs.

This matter has been resolved as to all parties and Plaintiff requests dismissal of this action in its entirety.

RESPECTFULLY SUBMITTED this 27th day of September 2024.

By: /s/James Smith
James M. Smith
Doherty Smith, LLC
7000 West 127th Street
Palos Heights, IL 60463
Tel: (886) 825-6727
Fax: (312) 319-4084
Email: jsmith@dohertysmith.com

*Attorneys for Plaintiff*

APPROVED AND SO ORDERED.

DATED: September 30, 2024, Honolulu, Hawaii

Helen Gillmor
United States District Judge

_____
JENNELYN NUNEZ v. EXPERIAN INFORMATION SOLUTIONS INC., et al ; Civil No.: 1:24-cv-0187-HG-KJM; RULE 41(a)(1)(A)(i) DISMISSAL WITH PREJUDICE AS TO DEFENDANT VALLEY ISLE COMMUNITY FEDERAL CREDIT UNION